[No. 75632-0-I.  Division One.  April 3, 2017.]

PATRICK CUZDEY, *Appellant*, v. PATRICIA LANDES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-01483-7, Gary R. Tabor, J., entered August 28, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Mann, J., concurred in by Cox and Dwyer, JJ.

[No. 48138-3-II.  Division Two.  April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS MICHAEL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00299-9, David L. Edwards, J., entered October 12, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48150-2-II.  Division Two.  April 4, 2017.]

*In the Matter of the Detention of* DALE EVAN ROUSH.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08925-4, Katherine M. Stolz, J., entered October 12, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48244-4-II.  Division Two.  April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JASON GRISSO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02695-3, Elizabeth P. Martin, J., entered November 2, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.